IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD DEGNER,

        Plaintiff,                 No. CIV S-10-1673 JAM EFB P

   vs.

ATHANASSIOUS,

        Defendant.        <u>ORDER</u>

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.   He requests an extension of time, stating his belief that he is currently obligated to respond to the following: 1) defendant's answer; 2) defendant's motion for judgment on the pleadings; and 3) defendant's discovery requests.  Dckt. No. 18.  Plaintiff also states that pursuant to the February 22, 2011 discovery and scheduling order, he may amend his complaint at any time prior to June 10, 2011.  *Id.*

      To the extent plaintiff seeks an extension of time to respond to defendant's March 29, 2011 motion for judgment on the pleadings and to defendant's interrogatories, requests for production of documents, and requests for admissions, his request will be granted.  In all other respects, plaintiff's request will be denied.

////

1    Plaintiff is hereby informed that neither the Federal Rules of Civil Procedure nor this

2 court's local rules requires a response to an answer.  *See* Fed. R. Civ. P. 7(a) (listing allowed

3 pleadings, and providing that a reply to an answer is proper only "if the court orders

4 one").  As any response to defendant's answer would be unauthorized, the court will not grant

5 plaintiff an extension of time in which to prepare such a response.

6    Additionally, the court hereby clarifies that the February 22, 2011 discovery and

7 scheduling order did not grant plaintiff leave to file an amended complaint.  The order merely set

8 June 10, 2011 as the deadline for filing *a motion* seeking leave to file an amended complaint.

9 Dckt. No. 16 at 4.  Any such motion must be accompanied by a proposed amended complaint

10 that is complete in itself without reference to the original complaint.  If plaintiff files a motion to

11 amend his complaint, defendant may oppose it, and the court may or may not grant plaintiff

12 leave to amend.

13    Accordingly, IT IS HEREBY ORDERED that plaintiff's April 20, 2011 motion is

14 granted to the extent that plaintiff has 30 days from the date this order is served to file and serve

15 a response to defendant's motion for judgment on the pleadings, and to serve responses to

16 defendant's interrogatories, requests for production, and requests for admissions.   In all other

17 respects, plaintiff's motion is denied.

18 DATED:  April 26, 2011.

19                                   EDMUND F. BRENNAN
20                                   UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26